# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **SUSAN BARKER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:10CV326** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **SAMUEL P. BAIRD, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the Notice of Related Case (Filing No. 54 in case 4:10CV3132; Filing No. 41 in case 4:10CV3139) filed in related cases by the plaintiffs Susan E. Bredthauer and Ronald A. Laird.  The movants state those consolidated cases are related to and arise from similar law and facts as the above-captioned matter, such that these three cases should all be consolidated.  Despite the plaintiffs' notice and the court's September 2, 2010, order, in those cases, the non-moving parties shall have an opportunity to object to consolidation of *Susan Barker v. Samuel P. Baird, et al.*, 8:10CV326 with *Susan E. Bredthauer v. Gilbert G. Lundstrom, et al.,* 4:10CV3132, and *Ronald A. Laird v. Gilbert G. Lundstrom, et al.,* 4:10CV3139.  Upon consideration,

## IT IS ORDERED:

The non-movants shall have to **on or before September 27, 2010**, to show cause why *Susan Barker v. Samuel P. Baird, et al.*, 8:10CV326 should not be consolidated with *Susan E. Bredthauer v. Gilbert G. Lundstrom, et al.,* 4:10CV3132, and *Ronald A. Laird v. Gilbert G. Lundstrom, et al.,* 4:10CV3139.

DATED this 13th day of September, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge